UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE PRADAXA | ) | MDL No. 2385 |
| (DABIGATRAN ETEXILATE) | ) | 3:12-md-02385-DRH-SCW |
| PRODUCTS LIABILITY | ) | Judge David R. Herndon |
| LITIGATION | ) | |

**This Document Relates to:**

*Colletta v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:12-cv-60081-DRH-SCW

*Freeman v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:13-cv-50932-DRH-SCW

*Hill v. Boehringer Ingelheim Pharmaceuticals, Inc. et al.*, No. 3:13-cv-51134-DRH-SCW

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal filed on December 16, 2014, the above captioned cases are

**DISMISSED** with prejudice. Each party shall bear their own costs.

                                                **JUSTINE FLANAGAN,**
                                                **ACTING CLERK OF COURT**


                                                **BY:** _/s/Cheryl A. Ritter_
                                                **Deputy Clerk**

**Dated:** December 16, 2014

Digitally signed by David R. Herndon
Date: 2014.12.16 12:32:41 -06'00'

**APPROVED:**
    **U.S. DISTRICT JUDGE**
    **U. S. DISTRICT COURT**